# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSE COOLEY, JR., | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-202-TFM-N |
| DIRECTOR OF MENTAL HEALTH, AltaPointe Health Systems, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On February 4, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 20), to which no objections have been filed. After due and proper consideration of the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** as follows:

1. Lynn T. Beshear, Commissioner of the Alabama Department of Mental Health, is substituted for the Director of Mental Health for AltaPointe Health Systems as the Respondent in this action under Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts.

2. The AltaPointe Director's request for dismissal construed as a Motion to Dismiss (Doc. 11) is **DENIED as moot**.

3. Petitioner Jesse Cooley Jr.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED** on the merits and **DISMISSED with prejudice**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 2nd day of March, 2020.

                                          /s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES DISTRICT JUDGE