# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JESSE COOLEY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 19-0202-TFM-N |
| ) | |
| DIRECTOR OF MENTAL HEALTH, ) | |
| AltaPointe Health Systems, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Jesse Cooley, Jr., such that this action filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED with prejudice**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE